THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Gordon Cooper,       
Appellant.
 
 
 

Appeal From Marion County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-425
Submitted April 18, 2003  Filed 
 June 24, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh and Assistant Deputy Attorney General Charles 
 H. Richardson, all of Columbia; and Solicitor Edgar L. Clements, III, of Florence, 
 for Respondent.
 
 
 

PER CURIAM:  Gordon Cooper was convicted 
 of distribution of crack cocaine and distribution of crack cocaine within the 
 proximity of a school.  He was sentenced to eighteen years for distribution 
 of crack cocaine and fifteen years, concurrent, for distribution of crack cocaine 
 within the proximity of a school.  Coopers appellate counsel filed a brief 
 pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally 
 submitted a petition to be relieved from representation, asserting there are 
 no directly appealable issues of arguable merit.  Cooper did not file a pro 
 se response with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 
 [1] We decide this case without oral argument pursuant to Rule 215, SCACR.